UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 09-cr-00517-MSK | FTR BNB PM |

December 15, 2009

| | |
|---|---|
| UNITED STATES OF AMERICA | James Hearty |
| vs. | |
| GABRIELLA TINA VALLONE | Not Present |

## STATUS CONFERENCE

Court in Session: 2:07 pm

Court calls case and appearances of counsel.

Patrick Lynch is present from pretrial services.

The defendant does not appear.

The government will research whether or not the defendant was properly served with the summons and reissue the summons if necessary.

Court in recess: 2:08 pm

Total Time: 1 minute

Hearing continued.