# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
|  | ) Case No. 09-cr-00517-MSK |
|  | ) |
| GABRIELLA TINA VALLONE | ) |
| *Defendant's name and address* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court<br>1929 Stout Street<br>Denver, CO 80294   before Magistrate Judge Tafoya | Courtroom No.: C201 |
|---|---|
| | Date and Time: 01/06/2010 1:30 am |

This offense is briefly described as follows:

Assaulting or intimidating a flight attendant, 49 U.S.C. § 46504

Date: 12/15/2009

s/T.Lee
*Issuing officer's signature*

Gregory C. Langham, Clerk, U.S.District Court
*Printed name and title*

**Proof of Service**

This summons was received by me on *(date)* _____ .

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ , I left the summons at the defendant's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

*Server's signature*

*Printed name and title*

Remarks: